IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:21-MJ-501 |
| vs. | : | **CHIEF MAGISTRATE JUDGE KAREN L. LITKOVITZ** |
| **TAMIKA DOUGLAS** | : | |

### ORDER

Upon the Motion of the United States Attorney and for good cause shown, it is ORDERED that the Complaint against the above-named defendant, is hereby DISMISSED.

5/15/2024
Date

*Karen L. Litkovitz*
Hon. Karen L. Litkovitz
Chief United States Magistrate Judge